# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 09-3265
_____

Michael Georgeoff,

Plaintiff - Appellant

v.

James Barnes, Sergeant, Northeast Correctional Center, Personally; Glendale Johnson, Captain, Northeast Correctional Center, Personally; Jarod Haynes, Correctional Officer, Northeast Correctional Center, Personally; Jim Moore, Warden, Northeast Correctional Center, Personally; Debra Kelly, Greivance Officer, Northeast Correctional Center, Personally; Tom Dunn, Associate Warden, Northeast Correctional Center, Personally; Chantay Godert, Associate Warden, Northeast Correctional Center, Personally; Scott Lawrence, Warden, Northeast Correctional Center, Personally; Doug Prudden, Assistant Warden, Northeast Correctional Center, Personally; Mike Kemna, Zone Director, Personally; Larry Crawford, Director, Missouri Department of Corrections, Personally; George Lombardi, Director, Missouri Department of Corrections, Personally; Tom Clements, Assistant Director, Missouri Department of Corrections, Personally; Paul Wilson, Investigator, Missouri Department of Corrections, Personally; Debbie Epps, Caseworker, Northeast Correctional Center, Personally; James Carter, Functional Unit Manager, Northeast Correctional Center, Personally; Tammy Lambert, Sergeant, Northeast Correctional Center, Personally; Alton Thompson, Major, Northeast Correctional Center, Personally; Rick Painter, Lieutenant, Northeast Correctional Center, Personally; Christopher Labrash, Correctional Officer, Northeast Correctional Center, Personally; Tracy Scranton, Correctional Officer, Northeast Correctional Center, Personally; Sharon Meyers, Correctional Officer, Northeast Correctional Center, Personally; Chandra Hartigan, Caseworker and Grievance Officer, Northeast Correctional Center, Personally; Mark O'Brien, Correctional Officer, Northeast Correctional Center, Personally; Steven Burgett, Correctional Officer, Northeast Correctional Center, Personally; Pam Elliott, Correctional Officer, Northeast Correctional Center, Personally; Michael Lawzano, Investigator, Northeast Correctional Center, Personally; Todd Moore, Caseworker, Northeast Correctional Center, Personally,

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - Hannibal
(2:09-cv-00014-ERW)
_____

## JUDGMENT

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

January 07, 2010

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans